```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

KENNETH DWAYNE CARTER, NO. 77715                       PETITIONER

VS.                         CIVIL ACTION NO. 5:07-cv-169(DCB)(MTP)

LAWRENCE KELLY and JIM HOOD                            RESPONDENTS

ORDER

This cause is before the Court on the petitioner, Kenneth Dwayne Carter's Motion for Record **(docket entry 52)**. On June 9, 2010, Final Judgment was rendered, denying Carter's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner filed his Notice of Appeal to the Fifth Circuit Court of Appeals on June 23, 2010. On May 11, 2011, the Fifth Circuit denied Carter a Certificate of Appealability and dismissed his appeal. The petitioner filed motions for relief from final judgment on April 12 and April 26, 2013, and the motions were denied by Orders of May 15 and May 22, 2013. There are currently no proceedings pending before this Court or before the Fifth Circuit court of Appeals. The Court shall therefore deny the petitioner's motion for copies of portions of the transcript. If the petitioner wishes to obtain copies, he must contact the Clerk's Office and pay the necessary fees for copying.

Accordingly,

IT IS HEREBY ORDERED that the petitioner Kenneth Dwayne Carter's Motion for Record **(docket entry 52)** is DENIED. If the

petitioner wishes to obtain copies, he must contact the Clerk's Office and pay the necessary fees for copying.

SO ORDERED, this the 23rd day of October, 2014.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE